# Exhibit A



FOUNDED IN 1937

WENDELL YOUNG IV
President

MICHELE L. KESSLER
Secretary-Treasurer

ANTHONY M. HELFER
Recorder

April 2, 2019

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED – 7017 2680 0000 2304 0338**

John Kabler

Dear Mr. Kabler:

We are writing to confirm that you are no longer a member of UFCW Local 1776KS, and that your dues deductions will cease effective April 10, 2019, the anniversary of your authorization of union dues deductions.

To be clear, we did attempt to communicate with you on multiple times on this subject. After you requested to stop dues deductions in 2018, we contacted you and explained your rights and our dues revocation policy. Local 1776KS also spoke to you again very recently in March 2019. We did so solely on our own initiative to inform you that you were within your revocation window during which you can stop dues deductions. When our representative called and attempted to give you this reminder, you talked over him and would not let him speak. After a brief time on the phone, you hung up on him. He tried to call you back but you did not answer. Two days later, we were informed you had sued Local 1776KS and others.

As we originally advised you in 2018, the request simply needed to be both in writing and made timely. Given that you filed your Complaint against Local 1776KS within the proper revocation period, we will consider such filing a timely, written request to stop deductions and we will process it accordingly.

Local 1776KS has successfully fought against the privatization of the PLCB for years and preserved your job and the jobs of your coworkers. We will continue this fight- on behalf of both members and non-members. If you have any questions at all, please do not hesitate to contact us or have your legal counsel do so.

Sincerely,

Wendell Young IV
President, UFCW Local 1776KS



MAIN OFFICE: Walton Campus • 3031A Walton Road, Suite 201 • Plymouth Meeting, Pennsylvania 19462-2344
Phone: (610) 940-1776 • 1-800-822-3737 • 1-866-329-1776    Fax: (610) 941-9525    www.ufcw1776.org

CENTRAL PA DIVISION (Gettysburg/Harrisburg)
3161 Chambersburg Road • Biglerville, PA 17307-9405 • 1-800-332-9421
150 S. 43rd Street, Suite 214 • Harrisburg, PA 17111 • 1-866-329-1776 • Fax (717) 558-3512

N.E. PA DIVISION • 2007 Highway 315, Suite 100 • Pittston, PA 18640-6105
(570) 655-6886 or 1-800-635-6994       Fax (570) 655-6864

WESTERN PA and the OHIO VALLEY DIVISION • 345 Southpointe Boulevard, Suite 300, Canonsburg, PA 15317
(724) 514-3228 or 1-800-245-2424       Fax (724) 514-3236

Affiliated with the United Food and Commercial Workers International Union