# Exhibit B



**FOUNDED IN 1937**

WENDELL YOUNG IV
President

MICHELE L. KESSLER
Secretary-Treasurer

ANTHONY M. HELFER
Recorder

April 10, 2019

*CERTIFIED MAIL – RETURNED RECEIPT REQUESTED – 7017 2680 0000 2304 0376*

Mr. Ed Phillips
Chief, Bureau of Labor Relations
PA Office of Administration
404 Finance Building
613 North Street
Harrisburg, PA 17120

Dear Mr. Phillips:

    Please note that Pennsylvania Liquor Control Board employee John Kabler (Store #     ) is no longer a member of UFCW Local 1776KS. Effective today, April 10, 2019, union dues should no longer be deducted from Mr. Kabler's pay, pursuant to his request to Local 1776KS that such deductions cease.

    If you have any questions please do not hesitate to contact me at 610-940-1776, ext.

Sincerely,

*Liana Reed*
Liana Reed
Membership Services
lreed@ufcw1776.org



MAIN OFFICE: Walton Campus • 3031A Walton Road, Suite 201 • Plymouth Meeting, Pennsylvania 19462-2344
Phone: (610) 940-1776 • 1-800-822-3737 • 1-866-329-1776    Fax: (610) 941-9525    www.ufcw1776.org

CENTRAL PA DIVISION (Gettysburg/Harrisburg)
3161 Chambersburg Road • Biglerville, PA 17307-9405 • 1-800-332-9421
150 S. 43rd Street, Suite 214 • Harrisburg, PA 17111 • 1-866-329-1776 • Fax (717) 558-3512

N.E. PA DIVISION • 2007 Highway 315, Suite 100 • Pittston, PA 18640-6105
(570) 655-6886 or 1-800-635-6994                    Fax (570) 655-6864

WESTERN PA and the OHIO VALLEY DIVISION • 345 Southpointe Boulevard, Suite 300, Canonsburg, PA 15317
(724) 514-3228 or 1-800-245-2424               Fax (724) 514-3236

Affiliated with the United Food and Commercial Workers International Union