IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN R. KABLER, JR.,** | Civil No. 1:19-cv-395 |
| **Plaintiff,** | |
| v. | |
| **UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 1776 KEYSTONE STATE, et al.** | |
| **Defendants.** | Judge Sylvia H. Rambo |

# **O R D E R**

Before the court is Magistrate Judge Carlson's Report & Recommendation ("R&R") regarding the Motion for Summary Judgment filed by Defendants Pennsylvania Liquor Control Board, Thomas W. Wolf, Timothy Holden, Michael Newsome, and Anna Marie Kiehl, in their official capacities ("Commonwealth Defendants"). (Doc. 64.) For the reasons outlined in the accompanying memorandum, the court shall adopt the R&R and depart from the R&R in the following manner:

(1) The motion for summary judgment is **GRANTED** regarding Plaintiff's claims seeking damages from the Commonwealth Defendants.

(2) The motion for summary judgment is **DENIED** regarding Plaintiff's request for injunctive relief compelling Defendants to return the Union dues he was compelled to pay.

(3) The motion for summary judgment is **GRANTED** regarding all other requests for injunctive relief put forward by Plaintiff—both against the Commonwealth Defendants and all other Defendants in the case.

**IT IS SO ORDERED**.

                                          */s/ Sylvia H. Rambo*
                                          SYLVIA H. RAMBO
                                          UNITED STATES DISTRICT JUDGE

Dated: March 26, 2020